UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-36579
Sandra L Bolger )
)
) Chapter: 13
)
) Honorable Janet S. Baer
) DuPage
Debtor(s) )

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**

THIS MATTER coming to be heard on motion of REVERSE MORTGAGE SOLUTIONS, INC. (hereinafter "Creditor") with respect to the property commonly known as located at 342 Seminole Lane, Carol Stream, Illinois 60188 (hereinafter "Subject Property"), due notice having been given, the Court having jurisdiction over the parties and subject matter and having been advised that the parties have reached an agreement,

IT IS HEREBY ORDERED THAT:

1. Commencing on June 7, 2021, the Debtor shall keep the collateral securing the Creditor's security interest fully insured for the pendency of the bankruptcy;

2. If the Subject Property is not insured and the Debtor fails to obtain (at least) a six-month, pre-paid, no-cancel policy of insurance on the premises and provide the Creditor proof thereof within seven (7) days after mailing of notification to the Debtor and her attorney, the stay and co-debtor stay shall be automatically terminated as to the Creditor and its agents, principals, successors, and/or assigns and the Subject Property, upon filing of notice of same with the clerk of the court;

3. Alternatively, if the Creditor has had to force place insurance to protect its interest in the Subject Property because the Debtor failed to insure the property, then the Debtor shall reimburse the Creditor in full for amounts disbursed. If the Debtor fails to reimburse the Creditor in full for the amounts disbursed, then the stay and co-debtor stay shall be automatically terminated as to the Creditor and its agents, principals, successors, and/or assigns and the Subject Property fourteen (14) days after mailing of notification to the Debtor and the Debtor's attorney, upon filing of notice of the same with the clerk of the court;

4. Commencing on June 7, 2021, the Debtor shall pay all real property taxes for the Subject Property on or before the deadline set forth by the county in which the Subject Property is located;

5. If the real property taxes are not paid on or before the deadline set forth by the county and the Debtor fails to tenders funds to the county in an amount to bring the property taxes current and provides proof of same to the Creditor within fourteen (14) days after mailing notification to the Debtor and her attorney, then the stay and co-debtor stay shall be automatically terminated as to the Creditor and its agents, principals, successors, and/or assigns and the Subject Property, upon filing of notice of same with the clerk of the court;

      6. Alternatively, if the Creditor has paid taxes to protect its interest in the property because the Debtor failed to pay them on or before the deadline set forth by the county, then the Debtor shall reimburse the Creditor in full for amounts disbursed. If the Debtor fails to reimburse Creditor in full for the amounts disbursed, the stay and co-debtor stay shall be automatically terminated as to the Creditor and its agents, principals, successors, and/or assigns and the Subject Property (14) days after mailing notification to the Debtor and the Debtor's attorney, upon filing of notice of the same with the clerk of the court;

      7.  If the Creditor should have to send out any notices of default, then the Creditor may include up to $100.00 per notice as additional attorney fees that the Debtor must pay in addition to whatever funds are needed to cure the default and said additional funds must be tendered prior to the expiration of the cure period set forth in the notice;

      8. If the stay under this order is automatically terminated as to the Creditor and its agents, principals, successors, and/or assigns and the Subject Property, or this case is dismissed or converted, then the Creditor's claim shall revert to a secured claim under applicable non-bankruptcy law.

| | |
|---|---|
| /s/ Joseph P.Doyle | /s/ Peter Bastianen |
| Attorney for Debtor | Attorney for Creditor |

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer

Dated: September 1, 2021

United States Bankruptcy Judge

**Prepared by:**
Peter C. Bastianen ARDC#6244346
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File No. 14-18-09148