**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois, Eastern Division**

| | |
|---|---|
| IN RE:<br>    Sandra L Bolger<br><br><br>Debtor | Case No.: 19-36579<br><br>Chapter: 13<br><br>Judge Janet S. Baer |

**NOTICE OF DEFAULT AND MODIFICATION FOR DEBTOR'S FAILURE TO COMPLY WITH ORDER ENTERED 9/1/2021**

    **PLEASE TAKE NOTICE** that the debtor has failed to comply with the provisions set forth in this Honorable Court's Order, entered 9/1/2021, (hereto attached). In accordance with said Order, attorneys, Codilis & Associates, P.C., mailed notification to all required parties of non-compliance on **10/4/2022**. The Debtor did not bring the post-petition mortgage payments current with Cascade Funding Mortgage Trust HB5 prior to the fourteen (14) days, effective date provided for.

    **THE AUTOMATIC STAY AND CO-DEBTOR STAY** has been terminated as to Cascade Funding Mortgage Trust HB5, its principals, agents, successors, and/or assigns as to the property commonly known as 342 Seminole Lane, Carol Stream, IL 60188, upon filing of this Notice.

    **NOTICE TO THE STANDING TRUSTEE:** No further payments are to be distributed to Cascade Funding Mortgage Trust HB5 on its Proof of Claim.

**PROOF OF SERVICE AND CERTIFICATION**

I hereby certify that I have served a copy of this Notice to the below, as to the Trustee and Debtor's attorney via electronic notice on 11/4/2022 and as to the debtor and co-debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on 11/4/2022.

Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road Suite 650, Lisle, IL 60532 by electronic notice through ECF
Sandra L Bolger, Debtor, 342 Seminole Lane, Carol Stream, IL 60188-1620
John R. Bolger, Co-Debtor, 342 Seminole Lane, Carol Stream, Illinois 60188
Joseph P Doyle, Attorney for Debtor, 105 S Roselle Road Suite 203, Schaumburg, IL 60193 by electronic notice through ECF
Office of the U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

                                                                        /s/ Peter C. Bastianen
                                                                         Attorney for Creditor

Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Irubiel Ferrer ARDC#6331334
Berton J. Maley ARDC#6209399
Terri M. Long ARDC#6196966
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File No. 14-18-09148
NOTE: This law firm is a debt collector.