

**LAW OFFICES**

15W030 North Frontage Road, Suite 100
Burr Ridge, Illinois 60527
Phone: (630) 794-5300

10/4/2022

Joseph P Doyle
Attorney for Debtor
105 S Roselle Road Suite 203
Schaumburg, IL 60193

Sandra L Bolger
342 Seminole Lane
Carol Stream, IL 60188-1620

John R. Bolger, Co-Debtor
342 Seminole Lane
Carol Stream, Illinois 60188


RE:   Case No.:          19-36579
      Client Loan No.:  #######6tul
      File No. 14-18-09148

Dear Counselor:

This office represents Cascade Funding Mortgage Trust HB5, a mortgage holder on the above-captioned Chapter 13 Bankruptcy. Our client's records show that your client has not complied with the terms in paragraph No(s). 4-6 of the Agreed Order Providing for Stay Relief upon Default, entered 9/1/2021.

Your client is past due for the 9/1/2021 property taxes of $2,725.95 paid by our client. The total default below includes $100.00 for attorney fees.

Pursuant to the terms of that Order, unless your client brings the loan post-petition current by tendering $**2,825.95** within fourteen (14) calendar days from the mailing of this notice or by **10/18/2022**, the stay and co-debtor stay will be automatically terminated upon the filing of the attached Notice. Please send the post-petition funds <u>directly to our office</u> and made payable to Cascade Funding Mortgage Trust HB5.

If the funds are not received, a Notice of Default and Modification will be filed with the court.

Very truly yours,

Codilis & Associates, P.C.

/s/ Peter C. Bastianen
Attorney for Creditor

NOTE: This law firm is a debt collector.